ANONYMOUS.

ON motion that an argument take preference on the calendar;

*The Court* decided that a suit upon a policy of insurance against an incorporated insurance company, was not entitled to preference within the 4th section of the " Act to prevent fraudulent bankruptcies by incorporated companies," &c. passed *April* 21, 1825, (*sess.* 48, *ch.* 325;) a policy not being a *contract, note or other evidence of debt*, within the meaning of the statute. They said it meant some instrument which is, in itself, evidence of debt; as a note, bill of exchange or bond, &c.

*A suit on a policy against an incorporated insurance company, not entitled to preference, within the statute, (sess. 48, ch. 325, s. 4.)*